# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1351

_____

Steven L. Reed,                                           *
                                                          *
                    Appellant,                            *
                                                          *   Appeal from the United States
          v.                                              *   District Court for the
                                                          *   Western District of Missouri.
Choice Hotel International, doing                          *
business as Clarion Hotel; City of                        *   [UNPUBLISHED]
Springfield, Missouri; Muhammed                           *
Salam, individually and in official                       *
capacity; Springfield, MO Police                          *
Department; Steve Stepp; John Does;                       *
Jane Does; Gail Ann Campbell,                             *
                                                          *
                    Appellees.                            *

_____

Submitted: January 13, 2010
    Filed:  January 19, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this civil rights action, Steven Reed appeals the District Court's[1] dismissal of his claims against Choice Hotel International and the Court's grant of summary judgment in favor of the City of Springfield, Missouri.[2] After careful de novo review, see Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir.), cert. denied, 129 S. Ct. 222 (2008); Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003), we affirm, see 8th Cir. R. 47B. We dismiss all pending motions as moot.

———————————————————

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]Reed has waived any challenge that he may have to the dismissals of defendants Muhammed Salam, the Springfield Police Department, Steve Stepp, John Does, Jane Does, and Gail Ann Campbell. See Pritchett v. Cottrell, Inc., 512 F.3d 1057, 1059 n.2 (8th Cir. 2008) (noting that points not meaningfully argued in an opening brief are waived).